John D. Hughes
Michael P. Thompson
Robert W. DiUbaldo
EDWARDS ANGELL PALMER & DODGE, LLP
750 Lexington Avenue
New York, NY 10022
Telephone: (212) 308-4411
Counsel to Allied World Assurance Company (U.S.), Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| REFCO INC., et al., | Case No. 05-60006 (RDD) |
| | (Jointly Administered) |
| Debtors. | |

-----------------------------------------------------x

| | |
|---|---|
| JOSEPH MURPHY, et al., | |
| | Adv. Proc. No. 08-01133 (RDD) |
| Plaintiffs, | |
| v. | |
| ALLIED WORLD ASSURANCE COMPANY (U.S.), INC. and ARCH INSURANCE COMPANY, | Civ. Action No. _____ |
| Defendants, and | |
| JOHN D. AGOGLIA, EDWIN L. COX, SUKHMEET DHILLON, THOMAS H. DITTMER, STEPHEN GRADY, THOMAS HACKL, ERIC G. LIPOFF, PETER MCCARTHY and FRANK MUTTERER, | |
| Nominal Defendants | |

-----------------------------------------------------x

BOS 622159.1

## DISCLOSURE OF CORPORATE AFFILIATION
## BY DEFENDANT ALLIED WORLD ASSURANCE CO. (U.S.) INC.

Pursuant to Bankruptcy Rule 7007.1 and Federal Rule of Civil Procedure 7.1, Defendant Allied World Assurance Co. (U.S.) Inc. ("Allied World") makes the following disclosure concerning corporate affiliation.

Allied World is a wholly owned subsidiary of Allied World Assurance Company Holdings, Ltd., a publicly traded corporation.

Date: April 30, 2008

    Respectfully submitted,
    EDWARDS ANGELL PALMER & DODGE LLP

    By: /s/ John D. Hughes
    John D. Hughes
    Michael P. Thompson
    Robert W. DiUbaldo
    750 Lexington Avenue, 8th Floor
    New York, New York 10022
    (212) 308-4411

    *Attorneys for Allied World*
    *Assurance Company (U.S.), Inc.*