Robert W. DiUbaldo
EDWARDS ANGELL PALMER & DODGE LLP
Attorneys for Defendant
750 Lexington Avenue, 8th floor
New York, New York 10022
(212) 308-4411

Attorneys for Defendant Allied World Assurance Company (U.S.), Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                                       :
                                                       :
In re:                                                 :
                                                       :
REFCO INC., et al.,                                    :
                                                       :
                                                       :
                Debtors.                               :
                                                       :   Case No. 08-CV-04196
-------------------------------------------------------x   (Referred to Judge Gerald E. Lynch)
                                                       :
JOSEPH MURPHY, et al.,                                 :
                                                       :   Adv. Proc. No. 08-01133 (RDD)
                Plaintiffs,                            :
v.                                                     :
                                                       :
ALLIED WORLD ASSURANCE                                 :   **NOTICE OF APPEARANCE**
COMPANY (U.S.), INC. and ARCH                          :
INSURANCE COMPANY,                                     :
                                                       :
                Defendants, and                        :
                                                       :
JOHN D. AGOGLIA, EDWIN L. COX,                         :
SUKHMEET DHILLON, THOMAS H.                            :
DITTMER, STEPHEN GRADY,                                :
THOMAS HACKL, ERIC G. LIPOFF,                          :
PETER MCCARTHY                                         :
and FRANK MUTTERER,                                    :
                                                       :
                Nominal Defendants.                    :
-------------------------------------------------------x

299830

- 2 -

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Allied World Assurance Company (U.S.), Inc. I kindly request receipt of electronic ECF notification in this matter and that a copy of all future papers in this action be served at the address below.

I certify that I am admitted to practice in this Court.

Dated: New York, NY
May 6, 2008

*Robert DiUbaldo*
Robert W. DiUbaldo
EDWARDS ANGELL PALMER & DODGE LLP
Attorneys For Defendant
750 Lexington Avenue, 8th floor
New York, NY 10022
Tel. (212) 308-4411
Fax (212) 308-4844

Robert W. DiUbaldo
EDWARDS ANGELL PALMER & DODGE LLP
Attorneys for Defendant
750 Lexington Avenue, 8th floor
New York, New York 10022
(212) 308-4411

Attorneys for Defendant Allied World Assurance Company (U.S.), Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
                                                :

In re:                                              :

REFCO INC., et al.,                         :

             Debtors.              :
                                                :    Case No. 08-CV-04196
------------------------------------------------x   (Referred to Judge Gerald E. Lynch)
                                                :

JOSEPH MURPHY, et al.,             :
                                                :    Adv. Proc. No. 08-01133 (RDD)
            Plaintiffs,         :
v.                                                  :

ALLIED WORLD ASSURANCE      :    **CERTIFICATE OF SERVICE**
COMPANY (U.S.), INC. and ARCH   :
INSURANCE COMPANY,               :
                                                :
          Defendants, and      :
                                                :

JOHN D. AGOGLIA, EDWIN L. COX, :
SUKHMEET DHILLON, THOMAS H.   :
DITTMER, STEPHEN GRADY,            :
THOMAS HACKL, ERIC G. LIPOFF,   :
PETER MCCARTHY                      :
and FRANK MUTTERER,               :
                                                :
          Nominal Defendants.  :
------------------------------------------------x

299851

I hereby certify that on this 6th day of May 2008, I caused a copy of my notice of appearance to be sent by electronic mail to all counsel of record in the above captioned matter.

*Robert DiUbaldo*
Robert W. DiUbaldo

299851