UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- x

| | | |
|---|---|---|
| In re | : | Case No. 08-CV-04196 |
| REFCO INC., et al., | : | |
| Debtors. | : | (Referred to Judge Gerard E. Lynch) |
| | : | |

-------------------------------------------------------------------- x

-------------------------------------------------------------------- x    Chapter 11

In re                                                                 :

REFCO INC., et al.,                                                   :    Case No. 05-60006 (RDD)

Debtors.                                                              :

                                                                      :    (Jointly Administered)

-------------------------------------------------------------------- x

JOSEPH MURPHY, WILLIAM M. SEXTON, DENNIS :
A. KLEJNA, GERALD SHERER, PHILIP           :    Adv. Proc. No. 08-01133 (RDD)
SILVERMAN, RICHARD N. OUTRIDGE, TONE       :
GRANT, LEO R. BREITMAN, NATHAN GANTCHER, :
DAVID V. HARKINS, SCOTT L. JAECKEL, THOMAS :
H. LEE, RONALD L. O'KELLEY, AND SCOTT A.   :
SCHOEN,                                    :    **NOTICE OF APPEARANCE**
                        Plaintiffs,        :
              v.                           :    *Electronically Filed*
                                           :
ALLIED WORLD ASSURANCE COMPANY (U.S.),     :
INC. and ARCH INSURANCE COMPANY,           :
                                           :
                Defendants, and            :
                                           :
JOHN D. AGOGLIA, EDWIN L. COX, SUKHMEET     :
DHILLON, THOMAS H. DITTMER, STEPHEN        :
GRADY, THOMAS HACKL, ERIC G. LIPOFF, PETER :
MCCARTHY and FRANK MUTTERER.               :
                                           :
                Nominal Defendants.        :

-------------------------------------------------------------------- x

PLEASE TAKE NOTICE that Zuckerman Spaeder LLP has been retained to represent

Plaintiff Tone Grant in the above-referenced matter.  Undersigned counsel, an associate with

Zuckerman Spaeder LLP, was admitted to practice in this district on August 13, 2003.

1804166.1

DATED:     New York, New York
             May 12, 2008

Respectfully submitted,

s/Laura Neish
Laura Neish (LN-0040)
ZUCKERMAN SPAEDER LLP
1540 Broadway, Suite 1604
New York, NY 10036
Tel: 212-704-9600
Fax: 212-704-4256
lneish@zuckerman.com

*Attorneys for Plaintiff Tone Grant*

1804166.1

## CERTIFICATE OF SERVICE

1.       I, Laura E. Neish, hereby certify that on May 12, 2008, I caused a copy of the NOTICE

OF APPEARANCE to be served upon the following parties via Electronic Case Filing:

Robert W. DiUbaldo, Esq.
EDWARDS ANGELL
  PALMER & DODGE LLP
750 Lexington Avenue, 8th Floor
New York, New York 10022
(212) 308-4411
*Attorneys for Defendant Allied World*
*Assurance Company (U.S.), Inc.*

John H. Eickemeyer, Esq.
VEDDER PRICE P.C.
1633 Broadway, 47th Floor
New York, New York 10019
(212) 407-7700
*Attorneys for Defendant Arch Insurance*
*Company*

2.       I, hereby, further certify that on May 12, 2008, I caused a copy of the NOTICE OF

APPEARANCE  to be served upon the following via first-class mail:

John D. Agoglia
c/o William Fleming, Esq.
GAGE SPENCER & FLEMING LLP
410 Park Avenue
New York, New York 10022
(212) 768-4900

Edwin L. Cox
c/o Brian O'Connor, Esq.
WILKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
(212) 728-8800

Sukheet Dhillon
c/o Michael L. Cook, Esq.
Schulte Roth & Zabel LLP
919 Third Avenue
New York, New York 10022
(212) 756-2000

Thomas H. Dittmer
c/o Alan E. Gamza, Esq.
MOSES & SINGER LLP
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
(212) 554-7800

Stephen Grady
c/o Lawrence J. Kotler, Esq.
DUANE MORRIS
30 South 17th Street
Philadelphia, Pennsylvania 19103

Thomas Hackl
c/o Avraham C. Moskowitz, Esq.
Moskowitz and Book, LLP
1372 Broadway
New York, New York 10018

1804166.1

Eric G. Lipoff
c/o Michael L. Cook, Esq.
Schulte Roth & Zabel LLP
919 Third Avenue
New York, New York 10022
(212) 756-2000

Frank Mutterer
c/o Mark Conlan
GIBBONS P.C.
One Gateway Center
Newark, New Jersey 017102
(973) 596-4545

Peter McCarthy
c/o William Fleming, Esq.
GAGE SPENCER & FLEMING LLP
410 Park Avenue
New York, New York 10022
(212) 768-4900

s/ Laura E. Neish
Laura E. Neish

1804166.1