| | | |
|---|---|---|
| GREG A. DANILOW<br>MICHAEL F. WALSH<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, New York 10153-0119<br>Telephone: (212) 310-8000<br>Facsimile: (212) 310-8007<br>*Attorneys for Plaintiffs Leo R. Breitman, Nathan Gantcher, David V. Harkins, Scott L. Jaeckel, Thomas H. Lee, Ronald L. O'Kelley, and Scott A. Schoen*<br><br>HELEN B. KIM<br>KATTEN MUCHIN ROSENMAN LLP<br>2029 Century Park East, Suite 2600<br>Los Angeles, CA 90067<br>Telephone: (310) 788-4525<br>Facsimile: (310) 788-4471<br><br>-and-<br><br>PHILIP A. NEMECEK<br>KATTEN MUCHIN ROSENMAN LLP<br>575 Madison Avenue<br>New York, NY 10022-2585<br>Telephone: (212) 940-8834<br>Facsimile: (212) 940-8776<br>*Attorneys for Plaintiff Dennis A. Klejna* | STUART I. FRIEDMAN<br>IVAN KLINE<br>FRIEDMAN & WITTENSTEIN<br>A Professional Corporation<br>600 Lexington Avenue<br>New York, NY 10022<br>Telephone: (212) 750-8700<br>Facsimile: (212) 223-8391<br>*Attorneys for Plaintiffs William M. Sexton and Gerald M. Sherer*<br><br>RICHARD CASHMAN<br>HELLER EHRMAN LLP<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036-6524<br>Telephone: (212) 832-8300<br>Facsimile: (212) 763-7600<br>*Attorneys for Plaintiff Philip Silverman*<br><br>JOHN J. JEROME<br>TIMOTHY E. HOEFFNER<br>SAUL EWING LLP<br>245 Park Avenue, 24th Floor<br>New York, New York 10167<br>Telephone: (212) 672-1996<br>Facsimile: (212) 672-1920<br>*Attorneys for Plaintiff Joseph Murphy* | NORMAN L. EISEN<br>LAURA E. NEISH<br>ZUCKERMAN SPAEDER LLP<br>1540 Broadway, Suite 1604<br>New York, New York 10036<br>Telephone: (212) 704-9600<br><br>-and-<br><br>BLAKE T. HANNAFAN<br>HANNAFAN & HANNAFAN<br>One East Wacker Dr.<br>Suite 2800<br>Chicago, IL 60601<br>Telephone: (312) 527-0055<br>Facsimile: (312) 527-0220<br>*Attorneys for Plaintiff Tone N. Grant*<br><br>CLAIRE P. GUTEKUNST<br>PROSKAUER ROSE LLP<br>1585 Broadway<br>New York, New York 10036-8299<br>Telephone: (212) 969-3000<br>Facsimile: (212) 969-2900<br>*Attorneys for Plaintiff Richard N. Outridge* |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
In re                                               :      Case No. 08-04196
REFCO INC., et al.,                                 :
        Debtors.                                :      (Referred to Judge Gerard E. Lynch)
                                                    :
-----------------------------------------------------------------------x

[caption continued on next page]

**CONSENT TO ALLIED WORLD ASSURANCE CO. (U.S.) INC.'S**
**MOTION TO WITHDRAW REFERENCE FROM THE BANKRUPTCY COURT**

```
------------------------------------------------------------x
In re                                          :   Chapter 11
REFCO INC., et al.,                            :   Case No. 05-60006 (RDD)
                Debtors.                       :   (Jointly Administered)
                                               :
------------------------------------------------------------x
JOSEPH MURPHY, WILLIAM M. SEXTON, DENNIS       :
A. KLEJNA, GERALD SHERER, PHILIP               :   Adv. Proc. No. 08-01133 (RDD)
SILVERMAN, RICHARD N. OUTRIDGE, TONE           :
GRANT, LEO R. BREITMAN, NATHAN GANTCHER,       :
DAVID V. HARKINS, SCOTT L. JAECKEL, THOMAS     :
H. LEE, RONALD L. O'KELLEY, AND SCOTT A.       :
SCHOEN,                                        :
                Plaintiffs,                    :
        v.                                     :
                                               :
ALLIED WORLD ASSURANCE COMPANY (U.S.),         :
INC. and ARCH INSURANCE COMPANY,               :
                                               :
                Defendants, and                :
                                               :
JOHN D. AGOGLIA, EDWIN L. COX, SUKHMEET        :
DHILLON, THOMAS H. DITTMER, STEPHEN            :
GRADY, THOMAS HACKL, ERIC G. LIPOFF, PETER     :
MCCARTHY and FRANK MUTTERER.                   :
                                               :
                Nominal Defendants.            :
------------------------------------------------------------x
```

Plaintiffs William M. Sexton, Gerald Sherer, Philip Silverman, Joseph Murphy, Richard N. Outridge, Leo R. Breitman, Nathan Gantcher, David V. Harkins, Scott L. Jaeckel, Thomas H. Lee, Ronald L. O'Kelley, Scott A. Schoen, Dennis A. Klejna, and Tone N. Grant, each a former officer or director of Refco, Inc., or one of its direct or indirect subsidiaries, hereby consent to the withdrawal of the reference of the above-captioned adversary proceeding from the United States Bankruptcy Court for the Southern District of New York, as requested by Allied World Assurance Company (U.S.), Inc. in its Motion to Withdraw the Reference from the Bankruptcy Court, dated April 30, 2008 [Dkt. No. 1].

Dated:  May 13, 2008                                    Respectfully submitted,

| | |
|---|---|
| /s/ Michael F. Walsh <br> GREG A. DANILOW <br> MICHAEL F. WALSH <br> WEIL, GOTSHAL & MANGES LLP <br> 767 Fifth Avenue <br> New York, NY 10153-0119 <br> Telephone:  (212) 310-8000 <br> Facsimile:  (212) 310-8007 <br><br> *Attorneys for Plaintiffs Leo R. Breitman, Nathan Gantcher, David V. Harkins, Scott L. Jaeckel, Thomas H. Lee, Ronald L. O'Kelley, and Scott A. Schoen* | /s/ Ivan Kline <br> STUART I. FRIEDMAN <br> IVAN KLINE <br> FRIEDMAN & WITTENSTEIN <br> A Professional Corporation <br> 600 Lexington Avenue <br> New York, NY 10022 <br> Telephone:  (212) 750-8700 <br> Facsimile:  (212) 223-8391 <br><br> *Attorneys for Plaintiffs William M. Sexton and Gerald M. Sherer* |
| /s/ Helen B. Kim <br> HELEN B. KIM <br> KATTEN MUCHIN ROSENMAN LLP <br> 2029 Century Park East, Suite 2600 <br> Los Angeles, CA 90067 <br> Telephone:  (310) 788-4525 <br> Facsimile:  (310) 788-4471 <br><br> -and- <br><br> PHILIP A. NEMECEK <br> KATTEN MUCHIN ROSENMAN LLP <br> 575 Madison Avenue <br> New York, NY 10022-2585 <br> Telephone:  (212) 940-8834 <br> Facsimile:  (212) 940-8776 <br><br> *Attorneys for Plaintiff Dennis A. Klejna* | /s/ Norman L. Eisen <br> NORMAN L. EISEN <br> LAURA E. NEISH <br> ZUCKERMAN SPAEDER LLP <br> 1540 Broadway, Suite 1604 <br> New York, NY 10036 <br> Telephone:  (212) 704-9600 <br><br> -and- <br><br> BLAKE T. HANNAFAN <br> HANNAFAN & HANNAFAN <br> One East Wacker Dr., Suite 2800 <br> Chicago, IL 60601 <br> Telephone:  (312) 527-0055 <br> Facsimile:  (312) 527-0220 <br><br> *Attorneys for Plaintiff Tone N. Grant* |
| /s/ John J. Jerome <br> JOHN J. JEROME <br> TIMOTHY E. HOEFFNER <br> SAUL EWING LLP <br> 245 Park Avenue, 24th Floor <br> New York, NY 10167 <br> Telephone:  (212) 672-1996 <br> Facsimile:  (212) 672-1920 <br><br> *Attorneys for Plaintiff Joseph Murphy* | /s/ Claire P. Gutekunst <br> CLAIRE P. GUTEKUNST <br> PROSKAUER ROSE LLP <br> 1585 Broadway <br> New York, NY 10036-8299 <br> Telephone: (212) 969-3000 <br> Facsimile: (212) 969-2900 <br><br> *Attorneys for Plaintiff Richard N. Outridge* |

<u>/s/ Richard Cashman</u>
RICHARD CASHMAN
HELLER EHRMAN LLP
Times Square Tower
7 Times Square
New York, NY  10036-6524
Telephone:  (212) 832-8300
Facsimile:  (212) 763-7600

*Attorneys for Plaintiff Philip Silverman*