GREG A. DANILOW
MICHAEL F. WALSH
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
*Attorneys for Plaintiffs Leo R. Breitman, Nathan Gantcher, David V. Harkins, Scott L. Jaeckel, Thomas H. Lee, Ronald L. O'Kelley, and Scott A. Schoen*

HELEN B. KIM
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067
Telephone: (310) 788-4525
Facsimile: (310) 788-4471

-and-

PHILIP A. NEMECEK
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, NY 10022-2585
Telephone: (212) 940-8834
Facsimile: (212) 940-8776
*Attorneys for Plaintiff Dennis A. Klejna*

STUART I. FRIEDMAN
IVAN KLINE
FRIEDMAN & WITTENSTEIN
A Professional Corporation
600 Lexington Avenue
New York, NY 10022
Telephone: (212) 750-8700
Facsimile: (212) 223-8391
*Attorneys for Plaintiffs William M. Sexton and Gerald M. Sherer*

RICHARD CASHMAN
HELLER EHRMAN LLP
Times Square Tower
7 Times Square
New York, NY 10036-6524
Telephone: (212) 832-8300
Facsimile: (212) 763-7600
*Attorneys for Plaintiff Philip Silverman*

JOHN J. JEROME
TIMOTHY E. HOEFFNER
SAUL EWING LLP
245 Park Avenue, 24th Floor
New York, New York 10167
Telephone: (212) 672-1996
Facsimile: (212) 672-1920
*Attorneys for Plaintiff Joseph Murphy*

NORMAN L. EISEN
LAURA E. NEISH
ZUCKERMAN SPAEDER LLP
1540 Broadway, Suite 1604
New York, New York 10036
Telephone: (212) 704-9600

-and-

BLAKE T. HANNAFAN
HANNAFAN & HANNAFAN
One East Wacker Dr.
Suite 2800
Chicago, IL 60601
Telephone: (312) 527-0055
Facsimile: (312) 527-0220
*Attorneys for Plaintiff Tone N. Grant*

CLAIRE P. GUTEKUNST
PROSKAUER ROSE LLP
1585 Broadway
New York, New York 10036-8299
Telephone: (212) 969-3000
Facsimile: (212) 969-2900
*Attorneys for Plaintiff Richard N. Outridge*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

In re                                             :     Case No. 08-04196
REFCO INC., et al.,                               :
        Debtors.                      :     (Referred to Judge Gerard E. Lynch)
                                                  :
------------------------------------------------------------------x

```
---------------------------------------------------------------x
In re                                              :   Chapter 11
REFCO INC., et al.,                                :   Case No. 05-60006 (RDD)
              Debtors.                             :   (Jointly Administered)
                                                   :
---------------------------------------------------------------x
JOSEPH MURPHY, WILLIAM M. SEXTON, DENNIS           :
A. KLEJNA, GERALD SHERER, PHILIP                   :   Adv. Proc. No. 08-01133 (RDD)
SILVERMAN, RICHARD N. OUTRIDGE, TONE               :
GRANT, LEO R. BREITMAN, NATHAN GANTCHER,           :
DAVID V. HARKINS, SCOTT L. JAECKEL, THOMAS         :
H. LEE, RONALD L. O'KELLEY, AND SCOTT A.           :
SCHOEN,                                            :
              Plaintiffs,                          :
       v.                                          :
                                                   :
ALLIED WORLD ASSURANCE COMPANY (U.S.),             :
INC. and ARCH INSURANCE COMPANY,                   :
                                                   :
              Defendants, and                      :
                                                   :
JOHN D. AGOGLIA, EDWIN L. COX, SUKHMEET            :
DHILLON, THOMAS H. DITTMER, STEPHEN                :
GRADY, THOMAS HACKL, ERIC G. LIPOFF, PETER         :
MCCARTHY and FRANK MUTTERER,                       :
                                                   :
              Nominal Defendants.                  :
---------------------------------------------------------------x
```

## AFFIDAVIT OF SERVICE

State of New York    )
                     )   ss.:
County of New York   )

Duke Amponsah, being duly sworn, hereby deposes and says:

1.     I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Weil, Gotshal & Manges LLP, having offices at 767 Fifth Avenue, New York, New York 10153.

2.      On the 13th day of May 2008, I caused a true and correct copy of the following pleading to be served upon the parties listed in Exhibit A by Hand Delivery.

     ✓     Consent to Allied World Assurance Co. (U.S.) Inc.'s Motion to Withdraw Reference from the Bankruptcy Court [Docket No. 7]

*[signature]*
Duke Amponsah

Sworn to before me this
15th day of May 2008

*[signature]*

ANDREA WILMER
Notary Public, State of New York
No. 01WI6172356
Qualified in Kings County
Commission Expires August 6, 2011

**Exhibit A**
**Service List**

John D. Hughes
Michael P. Thompson
Robert W. DiUbaldo
Edwards Angell Palmer & Dodge, LLP
750 Lexington Avenue
New York, NY 10022
Telephone: (212) 308-4411
Counsel to Allied World Assurance Company (U.S.), Inc.