UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- x
In re                                                           :  Case No. 08-CV-04196
REFCO INC., et al.,                                             :
        Debtors.                                      :  (Referred to Judge Gerard E. Lynch)
                                                               :
--------------------------------------------------------------- x

--------------------------------------------------------------- x
In re                                                           :  Chapter 11
REFCO INC., et al.,                                             :
        Debtors.                                      :  Case No. 05-60006 (RDD)
                                                               :
                                                               :  (Jointly Administered)
--------------------------------------------------------------- x
JOSEPH MURPHY, WILLIAM M. SEXTON, DENNIS                        :
A. KLEJNA, GERALD SHERER, PHILIP                                :  Adv. Proc. No. 08-01133 (RDD)
SILVERMAN, RICHARD N. OUTRIDGE, TONE                            :
GRANT, LEO R. BREITMAN, NATHAN GANTCHER,                        :
DAVID V. HARKINS, SCOTT L. JAECKEL, THOMAS                      :
H. LEE, RONALD L. O'KELLEY, AND SCOTT A.                        :
SCHOEN,                                                         :
        Plaintiffs,                                  :  **NOTICE OF MOTION**
        v.                                            :  **TO ADMIT COUNSEL**
                                                               :  ***PRO HAC VICE***
ALLIED WORLD ASSURANCE COMPANY (U.S.),                          :
INC. and ARCH INSURANCE COMPANY,                                :
                                                               :
        Defendants, and                              :
                                                               :
JOHN D. AGOGLIA, EDWIN L. COX, SUKHMEET                         :
DHILLON, THOMAS H. DITTMER, STEPHEN                             :
GRADY, THOMAS HACKL, ERIC G. LIPOFF, PETER                      :
MCCARTHY and FRANK MUTTERER.                                    :
                                                               :
        Nominal Defendants.                          :
--------------------------------------------------------------- x

      PLEASE TAKE NOTICE that, upon the annexed Affirmation of Laura E. Neish, Esq., in

support of this motion, and the Declaration of Norman L. Eisen and Certificates of Good

1804147.1

Standing annexed thereto, Laura E. Neish, an attorney duly admitted to practice in this Court, hereby moves this Court, on behalf of Plaintiff Tone Grant, for an Order granting the admission *pro hac vice* of Norman L. Eisen, Esq., to argue or try the above-referenced case, in whole or in part.

Dated: May 23, 2008
      New York, New York

                                      Respectfully submitted,

                                      Laura E. Neish (LN-0040)
                                      Zuckerman Spaeder LLP
                                      1540 Broadway, Suite 1604
                                      New York, New York 10036
                                      Tel: 212-704-9600
                                      Fax: 212-704-4256
                                      lneish@zuckerman.com

                                      *Attorneys for Plaintiff Tone Grant*

1804147.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re                                                             :  Case No. 08-04196
REFCO INC., et al.,                                               :
        Debtors.                                              :  (Referred to Judge Gerard E. Lynch)
                                                                  :
                                                                  :
------------------------------------------------------------------x


------------------------------------------------------------------x
                                                                  :  Chapter 11
In re                                                             :
REFCO INC., et al.,                                               :  Case No. 05-60006 (RDD)
        Debtors.                                              :
                                                                  :  (Jointly Administered)
------------------------------------------------------------------x
JOSEPH MURPHY, WILLIAM M. SEXTON, DENNIS                          :
A. KLEJNA, GERALD SHERER, PHILIP                                  :  Adv. Proc. No. 08-01133 (RDD)
SILVERMAN, RICHARD N. OUTRIDGE, TONE                              :
GRANT, LEO R. BREITMAN, NATHAN GANTCHER,                          :
DAVID V. HARKINS, SCOTT L. JAECKEL, THOMAS                        :
H. LEE, RONALD L. O'KELLEY, AND SCOTT A.                          :
SCHOEN,                                                           :  **AFFIRMATION OF LAURA E.**
        Plaintiffs,                                           :  **NEISH IN SUPPORT OF**
    v.                                                        :  **MOTION TO ADMIT COUNSEL**
                                                                  :  ***PRO HAC VICE***
ALLIED WORLD ASSURANCE COMPANY (U.S.),                            :
INC. and ARCH INSURANCE COMPANY,                                  :
                                                                  :
        Defendants, and                                       :
                                                                  :
JOHN D. AGOGLIA, EDWIN L. COX, SUKHMEET                           :
DHILLON, THOMAS H. DITTMER, STEPHEN                               :
GRADY, THOMAS HACKL, ERIC G. LIPOFF, PETER                        :
MCCARTHY and FRANK MUTTERER.                                      :
                                                                  :
        Nominal Defendants.                                   :
------------------------------------------------------------------x

    STATE OF NEW YORK        )
                                          ) ss.:
    COUNTY OF NEW YORK       )

        LAURA E. NEISH hereby affirms and states:

1. I am an attorney at law, duly admitted to practice before the courts of the State of New York and the United States District Court for the Southern District of New York.

2. I am associated with the firm of Zuckerman Spaeder LLP, which represents Plaintiff Tone Grant in the above-referenced matter.

3. I am fully familiar with all of the relevant facts and circumstances herein.

4. I respectfully submit this affirmation in support of the accompanying motion to admit Norman L. Eisen to practice *pro hac vice*, on behalf of Plaintiff Tone Grant, in the above-captioned matter.

5. Mr. Eisen is a partner at Zuckerman Spaeder LLP, 1800 M Street NW, Washington, DC 20036, where he practices in the areas of complex civil litigation, securities litigation, and bankruptcy. Mr. Eisen is duly admitted to practice in the courts of Maryland and the District of Columbia. There are no pending disciplinary proceedings against Mr. Eisen in any State or Federal court.

6. Mr. Eisen has been engaged to represent Tone Grant in the above-referenced matter.

7. The Declaration of Mr. Eisen is attached hereto as Exhibit A. Certificates of Good Standing from the Court of Appeals of Maryland and the District of Columbia Court of Appeals are attached hereto as Exhibit B. Mr. Eisen is prepared to comply with all rules of conduct applicable to lawyers admitted to practice in the Southern District of New York as well as the Individual Practices of this Court.

8. Accordingly, I respectfully request that this Court permit Norman L. Eisen to appear pro hac vice on behalf of Tone Grant in connection with the above-captioned matter.

Dated: New York, New York
      May 23, 2008

Respectfully submitted,

_____
Laura E. Neish (LN-0040)
Zuckerman Spaeder LLP
1540 Broadway, Suite 1604
New York, New York 10036
Tel: 212-704-9600
Fax: 212-704-4256
lneish@zuckerman.com

*Attorneys for Plaintiff Tone Grant*

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
In re                                                        :    Case No. 08-04196
REFCO INC., et al.,                                          :
        Debtors.                                          :    (Referred to Judge Gerard E. Lynch)
                                                             :
                                                             :
------------------------------------------------------------ x


------------------------------------------------------------ x    Chapter 11
In re                                                        :
REFCO INC., et al.,                                          :    Case No. 05-60006 (RDD)
        Debtors.                                          :
                                                             :    (Jointly Administered)
------------------------------------------------------------ x
JOSEPH MURPHY, WILLIAM M. SEXTON, DENNIS                     :
A. KLEJNA, GERALD SHERER, PHILIP                             :    Adv. Proc. No. 08-01133 (RDD)
SILVERMAN, RICHARD N. OUTRIDGE, TONE                         :
GRANT, LEO R. BREITMAN, NATHAN GANTCHER,                     :
DAVID V. HARKINS, SCOTT L. JAECKEL, THOMAS                   :
H. LEE, RONALD L. O'KELLEY, AND SCOTT A.                     :
SCHOEN,                                                      :    **DECLARATION OF NORMAN**
        Plaintiffs,                                       :    **L. EISEN IN SUPPORT OF**
        v.                                                :    **MOTION FOR ADMISSION**
                                                             :    ***PRO HAC VICE***
ALLIED WORLD ASSURANCE COMPANY (U.S.),                       :
INC. and ARCH INSURANCE COMPANY,                             :
                                                             :
        Defendants, and                                   :
                                                             :
JOHN D. AGOGLIA, EDWIN L. COX, SUKHMEET                      :
DHILLON, THOMAS H. DITTMER, STEPHEN                          :
GRADY, THOMAS HACKL, ERIC G. LIPOFF, PETER                   :
MCCARTHY and FRANK MUTTERER.                                 :
                                                             :
        Nominal Defendants.                               :
------------------------------------------------------------ x

        NORMAN L. EISEN, pursuant to 28 U.S.C. § 1746, hereby declares the following under penalty of perjury:

1804147.1

1. I am a partner at the law firm of Zuckerman Spaeder LLP, 1800 M Street NW, Washington, DC 20036, where I practice in the areas of complex civil litigation, securities litigation, and bankruptcy. I have been engaged to represent Plaintiff Tone Grant in the above-captioned matter.

2. I submit this Declaration in support of the accompanying motion for admission to appear pro hac vice on behalf of Mr. Grant in this matter.

3. As indicated in the Certificates of Good Standing attached hereto, I am an attorney duly admitted to practice in the courts of the State of Maryland and the District of Columbia.

4. There are no pending disciplinary proceedings against me in any State or Federal court. I am prepared to comply with all rules of conduct applicable to lawyers admitted to practice in the Southern District of New York as well as the Individual Practices of this Court.

5. Accordingly, I respectfully request that I be permitted to appear pro hac vice on behalf of Tone Grant in the above-captioned matter.

Executed this 23rd day of May 2008

_____
Norman L. Eisen

# Court of Appeals of Maryland
### Annapolis, MD



## CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

I, Bessie M. Decker, Clerk of the Court of Appeals of Maryland, do hereby certify that on the seventeenth day of December, 1991,

### Norman L. Eisen

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.

**In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this fifteenth day of May, 2008.

*Bessie M. Decker*
Clerk of the Court of Appeals of Maryland



# District of Columbia Court of Appeals
## Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

NORMAN L. EISEN

was on the 13TH day of NOVEMBER, 1992 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on May 14, 2008.

GARLAND PINKSTON, JR., CLERK

By: *N. Charles*
Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re                                           :    Case No. 08-04196
REFCO INC., et al.,                             :
        Debtors.                            :    (Referred to Judge Gerard E. Lynch)
                                                :
------------------------------------------------------------x

------------------------------------------------------------x    Chapter 11
In re                                           :
REFCO INC., et al.,                             :    Case No. 05-60006 (RDD)
        Debtors.                            :
                                                :    (Jointly Administered)
------------------------------------------------------------x
JOSEPH MURPHY, WILLIAM M. SEXTON, DENNIS        :
A. KLEJNA, GERALD SHERER, PHILIP                :    Adv. Proc. No. 08-01133 (RDD)
SILVERMAN, RICHARD N. OUTRIDGE, TONE            :
GRANT, LEO R. BREITMAN, NATHAN GANTCHER,        :
DAVID V. HARKINS, SCOTT L. JAECKEL, THOMAS      :
H. LEE, RONALD L. O'KELLEY, AND SCOTT A.        :
SCHOEN,                                         :    **ORDER FOR ADMISSION**
        Plaintiffs,                         :    ***PRO HAC VICE* ON WRITTEN**
   v.                                           :    **MOTION**
                                                :
ALLIED WORLD ASSURANCE COMPANY (U.S.),          :
INC. and ARCH INSURANCE COMPANY,                :
                                                :
        Defendants, and                     :
                                                :
JOHN D. AGOGLIA, EDWIN L. COX, SUKHMEET         :
DHILLON, THOMAS H. DITTMER, STEPHEN             :
GRADY, THOMAS HACKL, ERIC G. LIPOFF, PETER      :
MCCARTHY and FRANK MUTTERER.                    :
                                                :
        Nominal Defendants.                 :
------------------------------------------------------------x

Upon the motion of Laura E. Neish, attorney for plaintiff Tone Grant, and Laura Neish's

affirmation in support:

**IT IS HEREBY ORDERED** that

1804147.1

## CERTIFICATE OF SERVICE

      I, Jer-Wei Chen, hereby certify that on May 23, 2008, I caused a true and correct copy of the NOTICE OF MOTION TO ADMIT COUNSEL *PRO HAC VICE* to be served upon the following parties via first-class mail:

Robert W. DiUbaldo, Esq.
EDWARDS ANGELL
 PALMER & DODGE LLP
750 Lexington Avenue, 8th Floor
New York, New York 10022
(212) 308-4411
*Attorneys for Defendant Allied World Assurance Company (U.S.), Inc.*

John D. Agoglia
c/o William Fleming, Esq.
GAGE SPENCER & FLEMING LLP
410 Park Avenue
New York, New York 10022
(212) 768-4900

Sukheet Dhillon
c/o Michael L. Cook, Esq.
Schulte Roth & Zabel LLP
919 Third Avenue
New York, New York 10022
(212) 756-2000

Stephen Grady
c/o Lawrence J. Kotler, Esq.
DUANE MORRIS
30 South 17th Street
Philadelphia, Pennsylvania 19103

John H. Eickemeyer, Esq.
VEDDER PRICE P.C.
1633 Broadway, 47th Floor
New York, New York 10019
(212) 407-7700
*Attorneys for Defendant Arch Insurance Company*

Edwin L. Cox
c/o Brian O'Connor, Esq.
WILKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
(212) 728-8800

Thomas H. Dittmer
c/o Alan E. Gamza, Esq.
MOSES & SINGER LLP
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
(212) 554-7800

Thomas Hackl
c/o Avraham C. Moskowitz, Esq.
Moskowitz and Book, LLP
1372 Broadway
New York, New York 10018

1804147.1

Eric G. Lipoff
c/o c/o Michael L. Cook, Esq.
Schulte Roth & Zabel LLP
919 Third Avenue
New York, New York 10022
(212) 756-2000

Frank Mutterer
c/o Mark Conlan
GIBBONS P.C.
One Gateway Center
Newark, New Jersey 017102
(973) 596-4545

Peter McCarthy
c/o William Fleming, Esq.
GAGE SPENCER & FLEMING LLP
410 Park Avenue
New York, New York 10022
(212) 768-4900

 

s/ ~~Jer-Wei~~ Chen       *Jonathan Alejandro*
~~Jer-Wei~~ Chen

1804147.1