HELEN B. KIM (HK-8757)
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067
Telephone:   310-788-4525
Facsimile:   310-788-4471

PHILIP A. NEMECEK (PN-3319)
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, NY 10022-2585
Telephone:   212-940-8834
Facsimile:   212-940-8776

*Attorneys for Plaintiff Dennis A. Klejna*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x

In re:

REFCO, INC., et al.,

                            Debtors.

------------------------------------------------------- x

JOSEPH MURPHY, WILLIAM M. SEXTON, DENNIS A. KLEJNA, GERALD SHERER, PHILIP SILVERMAN, RICHARD N. OUTRIDGE, TONE GRANT, LEO R. BREITMAN, NATHAN GANTCHER, DAVID V. HARKINS, SCOTT L. JAECKEL, THOMAS H. LEE, RONALD L. O'KELLEY, and SCOTT A. SCHOEN,

                            Plaintiffs,

    v.

ALLIED WORLD ASSURANCE COMPANY (U.S.), INC. and ARCH INSURANCE COMPANY,

                          Defendants, and

JOHN D. AGOGLIA, EDWIN L. COX, SUKHMEET DHILLON, THOMAS H. DITTMER, STEPHEN GRADY, THOMAS HACKL, ERIC G. LIPOFF, PETER MCCARTHY and FRANK MUTTERER,

                            Nominal Defendants.

------------------------------------------------------- x

Case No. 08-cv-04196

(Referred to Judge Gerard E. Lynch)

Adv. Proc. No. 08-01133 (RDD)

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that the undersigned hereby appears as co-counsel for Plaintiff Dennis J. Klejna in the within-captioned action and requests that a copy of all future papers in this action be served upon the undersigned at the address stated below.

Dated: New York, New York
       June 4, 2008

Respectfully submitted,

PHILIP A. NEMECEK (PN-3319)
KATTEN MUCHIN ROSENMAN LLP

/s/ Philip A. Nemecek

575 Madison Avenue
New York, NY 10022-2585
Telephone: 212-940-8834
Facsimile: 212-940-8776
Email: philip.nemecek@kattenlaw.com
*Attorneys for Plaintiff Dennis A. Klejna*

84300382