**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------x
                             :

JOSEPH MURPHY, et al.,         :
                             :     Case No. 08-CV-4196 (GEL)

        Plaintiffs,      :
v.                           :

ALLIED WORLD ASSURANCE    :
COMPANY (U.S.), INC. and ARCH   :
INSURANCE COMPANY,       :
                             :

        Defendants.      :
                             :
-------------------------------------------------------x

## MOTION TO ADMIT COUNSEL PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York, I, Robert W. DiUbaldo a member in good standing

of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of

        John D. Hughes
        Edwards Angell Palmer & Dodge LLP
        111 Huntington Avenue
        Boston, MA 02199
        (617) 239-0100 (phone)
        (617) 227-4420 (fax)

John D. Hughes is a member in good standing of the Bar of the State of Massachusetts and the

State of New York.  There are no pending disciplinary proceedings against John D. Hughes in

any state or federal court.

Dated: New York, New York
June 16, 2008

BOS 625874

_Robert DiUbaldo_

Robert W. DiUbaldo
EDWARDS ANGELL PALMER & DODGE LLP
750 Lexington Avenue, 8th Floor
New York, New York 10022
(212) 308-4411
*Attorneys for Defendant Allied World Assurance Company*
*(U.S.), Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
                                          :

JOSEPH MURPHY, et al.,        :
                                          :     Case No. 08-CV-4196 (GEL)

         Plaintiffs,      :

v.                            :

ALLIED WORLD ASSURANCE    :
COMPANY (U.S.), INC. and ARCH  :
INSURANCE COMPANY,       :

         Defendants.     :
                                          :
------------------------------------------------------x

## AFFIDAVIT OF ROBERT W. DIUBALDO
## IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE

State of New York     )
                     )     ss:
County of New York   )

Robert W. DiUbaldo, being duly sworn, hereby deposes and says as follows:

1.    I am an associate at Edwards Angell Palmer & Dodge LLP, counsel for Defendant Allied World Assurance Company (U.S.), Inc. ("Allied World") in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Allied World's motion to admit John D. Hughes as counsel pro hac vice to represent Allied World in this matter.

2.    I am a member in good standing of the bar of the State of New York, and was admitted to practice law in New York in February 2005. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.    I have known John D. Hughes since 2006.

4.    Mr. Hughes is a partner at Edwards Angell Palmer & Dodge LLP in Boston, Massachusetts.

5.    I have found Mr. Hughes to be a skilled attorney and a person of integrity. He

is experienced in federal practice and is familiar with the Federal Rules of Procedure.

6.    Accordingly, I am pleased to move the admission of Mr. Hughes *pro hac vice*.

7.    I respectfully submit a proposed order granting the admission of John D. Hughes *pro hac vice*, which is attached hereto as **Exhibit A**.

WHEREFORE it is respectfully requested that the motion to admit John D. Hughes, *pro hac vice*, to represent Allied world in the above captioned matter, be granted.

Dated: New York, New York
June 16, 2008

Sworn to before me
This 16ᵗʰ day of
June, 2007

GREGORY R. JOHNSON
Notary Public, State of New York
No. 01JO6116160
Qualified in New York County
Commission Expires September 20, 2008

Respectfully submitted,

Robert W. DiUbaldo (RD 4484)
EDWARDS ANGELL PALMER & DODGE LLP
750 Lexington Avenue, 8ᵗʰ Floor
New York, New York 10022
(212) 308-4411
*Attorneys for Defendant Allied World Assurance Company (U.S.), Inc.*

BOS 625881.1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x
                                      :

JOSEPH MURPHY, et al.,         :
                                        :       Case No. 08-CV-4196 (GEL)

             Plaintiffs,     :

v.                                :

ALLIED WORLD ASSURANCE   :
COMPANY (U.S.), INC. and ARCH   :
INSURANCE COMPANY,        :

             Defendants.    :

                                        :
------------------------------------------------------x

## ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION

Upon motion of Robert W. DiUbaldo, attorney for Defendant Allied World Assurance

Company (U.S.), Inc. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

> John D. Hughes, Esq.
> Edwards Angell Palmer & Dodge LLP
> 111 Huntington Avenue
> Boston, MA 02199
> (617) 239-0100
> (617) 227-4420
> jhughes@eapdlaw.com

is admitted to practice *pro hac vice* counsel for Allied World in the above captioned case in the

United States District Court for the Southern District of New York. All attorneys appearing

before this Court are subject to the Local Rules of this Court, including the Rules governing

discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system,

counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall

forward the *pro hac vice* fee to the Clerk of Court.

Dated: June 16, 2008
New York, New York

_____
Hon. Gerard E. Lynch

BOS 625877



**The Commonwealth of Massachusetts**

## SUPREME JUDICIAL COURT

FOR SUFFOLK COUNTY

**JOHN ADAMS COURTHOUSE**

ONE PEMBERTON SQUARE, SUITE 1300

BOSTON, MASSACHUSETTS 02108-1707

WWW.SJCCOUNTYCLERK.COM

CASE INFORMATION (617) 557-1100
FACSIMILE (617) 557-1117

ATTORNEY SERVICES (617) 557-1050
FACSIMILE (617) 557-1055

MAURA S. DOYLE
CLERK

June 10, 2008

John D. Hughes
Edwards Angell et al
111 Huntington Ave.
Boston, MA 02199

**IN RE:     CERTIFICATE OF ADMISSION AND GOOD STANDING**

John D. Hughes:

Enclosed please find the Certificate of admission and good standing which you have recently requested from this office. This certificate attests to your date of admission and good standing at the Bar of the Commonwealth of Massachusetts.

If you have any questions or if this office can be of further assistance, please do not hesitate to contact us at 617-557-1050 or visit our web site at www.sjccountyclerk.com.

Very truly yours,

MAURA S. DOYLE
Clerk
Supreme Judicial Court

MSD/ces
CL Received: June 10, 2008
enclosure

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

––––––––

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **twelfth** day of **December** A.D. **1974**, said Court being the highest Court of Record in said Commonwealth:

## John D. Hughes

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **tenth** day of **June** in the year of our Lord **two thousand and eight**.

**MAURA S. DOYLE,** Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116



# *State of New York*
# *Supreme Court, Appellate Division*
# *Third Judicial Department*

———————

*I, Michael J. Novack, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that*

## *John David Hughes III*

*having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the 24th day of January, 2003, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.*

*In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this 11th day of June, 2008.*





*Clerk*

Robert W. DiUbaldo
EDWARDS ANGELL PALMER & DODGE LLP
Attorneys for Defendant
750 Lexington Avenue, 8th floor
New York, New York 10022
(212) 308-4411

Attorneys for Defendant Allied World Assurance Company (U.S.), Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------x          Case No. 1:08-cv-4196 (GEL)
                                                 :
JOSEPH MURPHY, et al.,                           :
                                                 :
Plaintiffs,                                      :
v.                                               :
                                                 :
ALLIED WORLD ASSURANCE                           :
COMPANY (U.S.), INC. and ARCH                    :
INSURANCE COMPANY,                               :
                                                 :
Defendants.                                      :
                                                 :                            :
-------------------------------------------------x

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of June 2008, I caused a copy of Allied World's

motion to admit counsel pro hac vice, an order, and accompanying affidavit to be sent by regular

mail to the following:


William Fleming, Esq.
Gage Spencer & Fleming, LLP
410 Park Avenue
New York, NY 10022
(212) 768-4900
*Attorneys for Nominal Defendants John D. Agoglia and Peter J. McCarthy*

Michael Francis Walsh, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue New York, NY 10153
(212) 310-8372

NYC 304573.1

*Attorneys for Plaintiffs Leo R. Breitman, Nathan Gantcher, David V. Harkins, Scott L. Jaekel, Thomas H. Lee, Ronald L. O Kelley, and Scott A. Schoen*

Martin R. Bennett, Esq.
Kugle Skelton & Bennett, PC
130 E. Corsicana, Ste. 302 Athens, TX 75751
(903) 675-5151
*Attorneys for Nominal Defendant Edwin Cox*

Neil A. Goteiner, Esq.
Farella, Braun & Martel
235 Montgomery Street, 30th Floor
San Francisco, CA 94104
(415) 954-4485
*Attorneys for Nominal Defendants Sukhmeet Dillon and Eric Lipoff*

Thomas C. Wolford, Esq.
Neal Gerber & Eisenberg, LLP
2 North LaSalle Street
Chicago, IL 60602
(312) 269-5675
*Attorneys for Nominal Defendant Thomas H. Dittmer*

Lawrence J. Kotler, Esq.
Duane Morris & Heckscher, LLP
30 South 17th Street
Philadelphia, PA 19103 (215) 979-1514
*Attorneys for Nominal Defendant Stephen Grady*

William A. Schreiner, Jr., Esq.
Zuckerman Spaeder LLP
1800 M Street, NW, Suite 1000
Washington, D.C. 20036
(202) 778-1858
*Attorneys for Plaintiff Tone Grant*

Laura L. Neish, Esq.
Zuckerman Spaeder LLP
1540 Broadway, Suite 1604
New York, NY 10036
(212) 704-9600
*Attorneys for Plaintiff Tone Grant*

Helen Kim, Esq.
Katten Muchin Rosenman, LLP
2029 Century Park East, Suite 2600

Los Angeles, CA 90067
(310) 788-4525
*Attorneys for Plaintiff Dennis Klejna*

John R. Jerome, Esq.
Saul Ewing, LLP
245 Park Avenue
24th Floor
New York, NY 10167
*Attorneys for Plaintiff Joseph Murphy*

Janet Costello, Esq.
Gibbons, P.C.
One Gateway Center
Newark, NJ 07102
973-596-4825
*Attorneys for Nominal Defendant Frank Mutterer*

Claire P. Gutekunst, Esq.
Proskauer Rose, LLP
1585 Broadway
New York, NY 10036
(212) 969-3421
*Attorneys for Plaintiff Richard N. Outridge*

Ivan Kline, Esq.
Friedman & Wittenstein, P.C.
600 Lexington Avenue
New York, NY 10022
(212) 750-8700
*Attorneys for Plaintiffs William M. Sexton and Gerald Sherer*

Richard Cashman, Esq.
Heller Ehrman, LLP
Times Square Tower
7 Times Square
New York, NY 10036 (212) 847-8796
*Attorneys for Plaintiff Philip Silverman*

Frank Mutterer
2043 Bay Blvd.
Seaside Heights, N.J. 08751-1001
*Nominal Defendant*

Eric G. Lipoff
16 Clay Rd.

Irvine, CA 92620-3322
*Nominal Defendant*

John H. Eickemeyer, Esq.
VEDDER PRICE P.C.
1633 Broadway, 47th Floor
New York, New York 10019
(212) 407-7700
*Attorneys for Defendant Arch Insurance Company*

Michael L. Cook, Esq.
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022
(212) 756-2000
*Attorneys for Eric G. Lipoff*

Marc E. Rindner, Esq.
1776 K Street NW
Wiley Rein LLP
Washington, DC 20006
(202) 719-7486
*Attorneys for Defendant Arch Insurance Company*

_____
Robert W. DiUbaldo