Robert W. DiUbaldo
EDWARDS ANGELL PALMER & DODGE LLP
Attorneys for Defendant
750 Lexington Avenue, 8th floor
New York, New York 10022
(212) 308-4411

Attorneys for Defendant Allied World Assurance Company (U.S.), Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------x
                                                    :
JOSEPH MURPHY, et al.,                              :
                                                    :
Plaintiffs,                                         :
v.                                                  :
                                                    :          Case No. 1:08-cv-4196 (GEL)
ALLIED WORLD ASSURANCE                              :
COMPANY (U.S.), INC. and ARCH                       :
INSURANCE COMPANY,                                  :
                                                    :
Defendants.                                         :
                                                    :
                                                    :
----------------------------------------------------x

## RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, defendant Allied World Assurance Co.

(U.S.) Inc. ("Allied World") makes the following disclosure concerning its corporate affiliation:

Allied World is a wholly owned subsidiary of Allied World Assurance Company
Holdings, Ltd., a publicly traded corporation.[1]

Date:   June 18, 2008

Robert DiUbaldo
_____
Robert W. DiUbaldo
EDWARDS ANGELL PALMER & DODGE LLP

---

[1] Allied World already filed a Rule 7.1 statement in the adversary proceeding previously before Judge Drain, which has been transferred to this Court. Our understanding is that relevant documents from the adversary proceeding will be transferred to this action, and thus there is no need to file another Rule 7.1 Statement. Nonetheless, we do so again in the abundance of caution.

NYC 304794.1

Attorneys For Defendant Allied World
750 Lexington Avenue, 8th floor
New York, NY  10022
(212) 308-4411

Robert W. DiUbaldo
EDWARDS ANGELL PALMER & DODGE LLP
Attorneys for Defendant
750 Lexington Avenue, 8th floor
New York, New York 10022
(212) 308-4411

Attorneys for Defendant Allied World Assurance Company (U.S.), Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------x
                                      :

JOSEPH MURPHY, et al.,                              :
                                        :
Plaintiffs,                                        :
v.                                                 :
                                        :     Case No. 1:08-cv-4196 (GEL)

ALLIED WORLD ASSURANCE                              :
COMPANY (U.S.), INC. and ARCH                       :
INSURANCE COMPANY,                                  :
                                        :
Defendants.                                        :
                                        :

-----------------------------------------------------x

## CERTIFICATE OF SERVICE

       I hereby certify that on this 18th day of June 2008, I caused a copy of Allied World's

Rule 7.1 Statement to be sent by electronic mail and/or regular mail to the following:


William Fleming, Esq.
Gage Spencer & Fleming, LLP
410 Park Avenue
New York, NY 10022
(212) 768-4900
*Attorneys for Nominal Defendants John D. Agoglia and Peter J. McCarthy*



Michael Francis Walsh, Esq.
Weil Gotshal & Manges LLP

304654
NYC 304797.1

767 Fifth Avenue New York, NY 10153
(212) 310-8372
*Attorneys for Plaintiffs Leo R. Breitman, Nathan Gantcher, David V. Harkins, Scott L. Jaekel, Thomas H. Lee, Ronald L. O Kelley, and Scott A. Schoen*

Martin R. Bennett, Esq.
Kugle Skelton & Bennett, PC
130 E. Corsicana, Ste. 302 Athens, TX 75751
(903) 675-5151
*Attorneys for Nominal Defendant Edwin Cox*

Neil A. Goteiner, Esq.
Farella, Braun & Martel
235 Montgomery Street, 30th Floor
San Francisco, CA 94104
(415) 954-4485
*Attorneys for Nominal Defendants Sukhmeet Dillon and Eric Lipoff*

Thomas C. Wolford, Esq.
Neal Gerber & Eisenberg, LLP
2 North LaSalle Street
Chicago, IL 60602
(312) 269-5675
*Attorneys for Nominal Defendant Thomas H. Dittmer*

Lawrence J. Kotler, Esq.
Duane Morris & Heckscher, LLP
30 South 17th Street
Philadelphia, PA 19103 (215) 979-1514
*Attorneys for Nominal Defendant Stephen Grady*

William A. Schreiner, Jr., Esq.
Zuckerman Spaeder LLP
1800 M Street, NW, Suite 1000
Washington, D.C. 20036
(202) 778-1858
*Attorneys for Plaintiff Tone Grant*

Laura L. Neish, Esq.
Zuckerman Spaeder LLP
1540 Broadway, Suite 1604
New York, NY 10036
(212) 704-9600
*Attorneys for Plaintiff Tone Grant*

Helen Kim, Esq.

304654
NYC 304797.1

2

Katten Muchin Rosenman, LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067
(310) 788-4525
*Attorneys for Plaintiff Dennis Klejna*

John R. Jerome, Esq.
Saul Ewing, LLP
245 Park Avenue
24th Floor
New York, NY 10167
*Attorneys for Plaintiff Joseph Murphy*

Janet Costello, Esq.
Gibbons, P.C.
One Gateway Center
Newark, NJ 07102
973-596-4825
*Attorneys for Nominal Defendant Frank Mutterer*

Claire P. Gutekunst, Esq.
Proskauer Rose, LLP
1585 Broadway
New York, NY 10036
(212) 969-3421
*Attorneys for Plaintiff Richard N. Outridge*

Ivan Kline, Esq.
Friedman & Wittenstein, P.C.
600 Lexington Avenue
New York, NY 10022
(212) 750-8700
*Attorneys for Plaintiffs William M. Sexton and Gerald Sherer*

Richard Cashman, Esq.
Heller Ehrman, LLP
Times Square Tower
7 Times Square
New York, NY 10036 (212) 847-8796
*Attorneys for Plaintiff Philip Silverman*

Frank Mutterer
2043 Bay Blvd.
Seaside Heights, N.J. 08751-1001
*Nominal Defendant*

Eric G. Lipoff
16 Clay Rd.
Irvine, CA 92620-3322
*Nominal Defendant*

John H. Eickemeyer, Esq.
VEDDER PRICE P.C.
1633 Broadway, 47th Floor
New York, New York 10019
(212) 407-7700
*Attorneys for Defendant Arch Insurance Company*

Michael L. Cook, Esq.
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022
(212) 756-2000
*Attorneys for Eric G. Lipoff*

Marc E. Rindner, Esq.
1776 K Street NW
Wiley Rein LLP
Washington, DC 20006
(202) 719-7486
*Attorneys for Defendant Arch Insurance Company*

Thomas Hackl
c/o Avi Moskowitz
Moskowitz & Book LLP
1372 Broadway
New York, N.Y. 10018
(212) 221-7999

_____
Robert W. DiUbaldo