**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**



------------------------------------------------------x

JOSEPH MURPHY, et al.,

        Plaintiffs,

v.

ALLIED WORLD ASSURANCE
COMPANY (U.S.), INC. and ARCH
INSURANCE COMPANY,

        Defendants.

------------------------------------------------------x

Case No. 08-CV-4196 (GEL)

## ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION

Upon motion of Robert W. DiUbaldo, attorney for Defendant Allied World Assurance

Company (U.S.), Inc. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

> John D. Hughes, Esq.
> Edwards Angell Palmer & Dodge LLP
> 111 Huntington Avenue
> Boston, MA 02199
> (617) 239-0100
> (617) 227-4420
> jhughes@eapdlaw.com

is admitted to practice *pro hac vice* counsel for Allied World in the above captioned case in the

United States District Court for the Southern District of New York. All attorneys appearing

before this Court are subject to the Local Rules of this Court, including the Rules governing

discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system,

counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall

forward the *pro hac vice* fee to the Clerk of Court.

Dated: June 16, 2008
New York, New York

Hon. Gerard E. Lynch