John D. Hughes (admitted *pro hac vice*)
Robert W. DiUbaldo
EDWARDS ANGELL PALMER & DODGE LLP
Attorneys for Defendant
750 Lexington Avenue, 8th floor
New York, New York 10022
(212) 308-4411

Attorneys for Defendant Allied World Assurance Company (U.S.), Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
                                                     :
JOSEPH MURPHY, et al.,                               :
                                                     :   Case No. 1:08-cv-4196 (GEL)
        Plaintiffs,                                  :   *Electronically filed*
v.                                                   :
                                                     :
ALLIED WORLD ASSURANCE                               :   **ALLIED WORLD'S MOTION FOR**
COMPANY (U.S.), INC. and ARCH                        :   **SUMMARY JUDGMENT**
INSURANCE COMPANY,                                   :
                                                     :
        Defendants.                                  :
                                                     :
-----------------------------------------------------x

Defendant Allied World Assurance Company (U.S.), Inc. moves this Court for summary judgment pursuant to Fed. R. Civ. P. 56. This motion is made upon the declaration of Robert W. DiUbaldo and the declaration of Jerome W. Brendle, dated July 11, 2008, together with exhibits attached thereto and the Insurers' Joint Exhibits,[1] as well as a statement of undisputed material facts pursuant to S.D.N.Y. Civ. Rule 56.1 and a memorandum of law.

Opposition papers, if any, shall be served on the undersigned by August 8, 2008.

Dated:  July 11, 2008
        New York, NY

                                                              Respectfully submitted,

---

[1] As noted in Allied World's memorandum of law, the Insurers' Joint Exhibits were served and filed by XL Specialty Insurance Company on behalf of all insurers in action No. 08 Civ. 3821.

307572

          /s/ John D. Hughes
John D. Hughes (admitted *pro hac vice*)
Robert W. DiUbaldo (RD 4484)
Edwards Angell Palmer & Dodge LLP
750 Lexington Avenue
New York, NY 10022
(212) 308-4411

Attorneys for Defendant
Allied World Assurance Company (U.S.), Inc.

Robert W. DiUbaldo
EDWARDS ANGELL PALMER & DODGE LLP
Attorneys for Defendant
750 Lexington Avenue, 8th floor
New York, New York 10022
(212) 308-4411

Attorneys for Defendant Allied World Assurance Company (U.S.), Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------x
:
JOSEPH MURPHY, et al.,                              :
:
Plaintiffs,                                         :
v.                                                  :
:   Case No. 1:08-cv-4196 (GEL)
ALLIED WORLD ASSURANCE                              :
COMPANY (U.S.), INC. and ARCH                       :
INSURANCE COMPANY,                                  :
:
Defendants.                                         :
:
:
----------------------------------------------------x

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of July 2008, I caused a copy of Allied World's motion for summary judgment, Rule 56.1 statement of undisputed material facts, memorandum of law, declaration of Robert W. DiUbaldo and declaration of Jerome W. Brendle dated July 11, 2008 to be sent by electronic mail to the following:

Michael Francis Walsh, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue New York, NY 10153
(212) 310-8372
*Attorneys for Plaintiffs Leo R. Breitman, Nathan Gantcher, David V. Harkins, Scott L. Jaekel, Thomas H. Lee, Ronald L. O Kelley, and Scott A. Schoen*

William A. Schreiner, Jr., Esq.

308072

Zuckerman Spaeder LLP
1800 M Street, NW, Suite 1000
Washington, D.C. 20036
(202) 778-1858
*Attorneys for Plaintiff Tone Grant*

Laura L. Neish, Esq.
Zuckerman Spaeder LLP
1540 Broadway, Suite 1604
New York, NY 10036
(212) 704-9600
*Attorneys for Plaintiff Tone Grant*

Helen Kim, Esq.
Katten Muchin Rosenman, LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067
(310) 788-4525
*Attorneys for Plaintiff Dennis Klejna*

John R. Jerome, Esq.
Timothy Hoeffner, Esq.
Saul Ewing, LLP
245 Park Avenue
24th Floor
New York, NY 10167
*Attorneys for Plaintiff Joseph Murphy*

Claire P. Gutekunst, Esq.
Proskauer Rose, LLP
1585 Broadway
New York, NY 10036
(212) 969-3421
*Attorneys for Plaintiff Richard N. Outridge*

Ivan Kline, Esq.
Friedman & Wittenstein, P.C.
600 Lexington Avenue
New York, NY 10022
(212) 750-8700
*Attorneys for Plaintiffs William M. Sexton and Gerald Sherer*

Richard Cashman, Esq.
Heller Ehrman, LLP
Times Square Tower
7 Times Square

308072                                    2

New York, NY 10036 (212) 847-8796
*Attorneys for Plaintiff Philip Silverman*

John H. Eickemeyer, Esq.
VEDDER PRICE P.C.
1633 Broadway, 47th Floor
New York, New York 10019
(212) 407-7700
*Attorneys for Defendant Arch Insurance Company*

Marc E. Rindner, Esq.
1776 K Street NW
Wiley Rein LLP
Washington, DC 20006
(202) 719-7486
*Attorneys for Defendant Arch Insurance Company*

William Fleming, Esq.
Gage Spencer & Fleming, LLP
410 Park Avenue
New York, NY 10022
(212) 768-4900

                                              */s/ Robert DiUbaldo*
                                              Robert W. DiUbaldo