John H. Eickemeyer (JE-8302)
Daniel C. Green (DG-0059)
VEDDER PRICE P.C.
1633 Broadway, 47th Floor
New York, New York 10019
*Attorneys for Plaintiff Arch Insurance Company*

Daniel J. Standish (*pro hac vice*)
Marc E. Rindner (*pro hac vice*)
Cara Tseng Duffield (*pro hac vice*)
WILEY REIN LLP
1776 K Street NW
Washington, D.C. 20006

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **JOSEPH MURPHY, et al.,** | ) |
|  | ) |
| **Plaintiffs,** | ) |
|  | ) |
| v. | ) **No. 08-CIV-4196 (GEL)** |
|  | ) **ECF Case** |
| **ALLIED WORLD ASSURANCE COMPANY (U.S.), INC. and ARCH INSURANCE COMPANY,** | ) |
|  | ) |
| **Defendants.** | ) |
|  | ) |

**CERTIFICATE OF SERVICE**

I, Daniel C. Green, hereby declare, pursuant to 28 U.S.C. 1746, under penalty of perjury, as follows:

1.  On July 11, 2008, I caused a copy of the **NOTICE OF MOTION AND DECLARATION OF JOHN H. EICKEMEYER IN SUPPORT OF DEFENDANT ARCH INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT** to be served upon all parties who have made appearances and are registered to receive e-notices in the above-captioned action by electronically filing same, thereby ensuring that counsel to each such party received same;

2.  On July 11, 2008, I caused copies of the **NOTICE OF MOTION AND DECLARATION OF JOHN H. EICKEMEYER IN SUPPORT OF DEFENDANT ARCH INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT** to be served upon all parties who have not yet registered to receive e-notices in the above-

captioned action by depositing true copies of same into the custody of the United States Postal Service, addressed to their counsel as follows:

| **Defendant(s)** | **Counsel** |
|---|---|
| Agoglia, John D.<br>McCarthy, Peter J. | William Fleming, Esq.<br>Gage Spencer & Fleming, LLP<br>410 Park Avenue<br>New York, NY  10022<br>(212) 768-4900<br>wfleming@gagespencer.com |
| Dhillon, Sukhmeet<br>Lipoff, Eric | Neil A. Goteiner, Esq.<br>Farella, Braun & Martel<br>235 Montgomery Street, 30th Floor<br>San Francisco, CA 94104<br>(415) 954-4485<br>ngoteiner@fbm.com |
| Mutterer, Frank | Janet Costello, Esq.<br>Gibbons, P.C.<br>One Gateway Center<br>Newark, NJ  07102<br>973-596-4825<br>jcostello@gibbonslaw.com |
| Trosten, Robert C. | Barbara Moses, Esq.<br>Morvillo, Abramowitz, Grand,<br>   Iason & Silberberg, PC<br>565 Fifth Avenue<br>New York, NY  10017<br>(212) 880-9540<br>bmoses@magislaw.com |

DATED:  July 11, 2008

                              s/ Daniel C. Green
                              Daniel C. Green

2