**Judge   Lynch**

Case 1:08-cv-04196-GEL    Document 31    Filed 07/24/2008    Page 1 of 1