Robert W. DiUbaldo
EDWARDS ANGELL PALMER & DODGE LLP
Attorneys for Defendant
750 Lexington Avenue, 8th floor
New York, New York 10022
(212) 308-4411

Attorneys for Defendant Allied World Assurance Company (U.S.), Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x
                                                       :
AXIS REINSURANCE COMPANY,                              :
                                                       :
            Plaintiff,                                 :
      v.                                               :   Case No. 08-CV-04196 (GEL) (KNF) and
                                                       :   Case No. 07-CV-09420 (GEL)
PHILLIP R. BENNETT, et al.,                            :
                                                       :
            Defendants.                                :
                                                       :
-------------------------------------------------------x

To the Clerk of this Court and all parties of record:

I am counsel for Allied World Assurance Company (U.S.), Inc. ("Allied World") in Case No. 08-CV-04196, currently pending in this Court, which has been accepted as related to Case No. 07-CV-09420. Please enter my appearance as counsel for Allied World in Case No. 07-CV-09420 as well. I kindly request receipt of electronic ECF notification in this matter and that a copy of all future papers in this action be served at the address below.

I certify that I am admitted to practice in this Court.

Dated: New York, NY
       August 5, 2008

                                                           _____
                                                           Robert W. DiUbaldo
                                                           EDWARDS ANGELL PALMER & DODGE LLP
                                                           Attorneys For Defendant Allied World
                                                           750 Lexington Avenue, 8th floor
                                                           New York, NY 10022
                                                           Tel. (212) 308-4411
                                                           Fax (212) 308-4844

309557