John D. Hughes (admitted *pro hac vice*)
Robert W. DiUbaldo
EDWARDS ANGELL PALMER & DODGE LLP
Attorneys for Defendant
750 Lexington Avenue, 8th floor
New York, New York 10022
(212) 308-4411

Attorneys for Defendant Allied World Assurance Company (U.S.), Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
                                                      :
JOSEPH MURPHY, et al.,                                :
                                                      :   Case No. 1:08-cv-4196 (GEL) (KNF)
            Plaintiffs,                               :   *Electronically filed*
v.                                                    :
                                                      :
ALLIED WORLD ASSURANCE                                :   **ALLIED WORLD'S NOTICE OF**
COMPANY (U.S.), INC. and ARCH                         :   **MOTION AND MOTION FOR**
INSURANCE COMPANY,                                    :   **SUMMARY JUDGMENT AND**
                                                      :   **TO MODIFY ORDER**
            Defendants.                               :
                                                      :
------------------------------------------------------x

Defendant Allied World Assurance Company (U.S.), Inc. moves this Court for summary judgment against plaintiff Tone E. Grant pursuant to Fed. R. Civ. P. 56 and to modify the Order of the United States Bankruptcy Court for the Southern District of New York dated April 21, 2008 with regard to Mr. Grant pursuant to Fed. R. Civ. P. 60(b)(5) and (6). This motion is made upon the declaration of Robert W. DiUbaldo dated September 4, 2008, together with the exhibits attached thereto, the Insurers' Joint Exhibits and declaration of Robert W. DiUbaldo dated July 11, 2008 with attached exhibits, which were previously filed with the Court,[1] as well as a

---

[1] The Insurers' Joint Exhibits and declaration of Robert W. DiUbaldo dated July 11, 2008 were previously filed with the Court in support of Allied World's summary judgment motion against plaintiffs, which is sub judice.

311353

statement of undisputed material facts pursuant to S.D.N.Y. Civ. Rule 56.1 and a memorandum of law.

Dated: September 4, 2008

New York, NY

                        Respectfully submitted,

                        /s/ John D. Hughes
                        John D. Hughes (admitted *pro hac vice*)
                        Robert W. DiUbaldo (RD 4484)
                        Edwards Angell Palmer & Dodge LLP
                        750 Lexington Avenue
                        New York, NY 10022
                        (212) 308-4411

                        Attorneys for Defendant
                        Allied World Assurance Company (U.S.), Inc.

Robert W. DiUbaldo
EDWARDS ANGELL PALMER & DODGE LLP
Attorneys for Defendant
750 Lexington Avenue, 8th floor
New York, New York 10022
(212) 308-4411

Attorneys for Defendant Allied World Assurance Company (U.S.), Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------x
:
JOSEPH MURPHY, et al.,          :
:
Plaintiffs,          :
v.                                   :
:       Case No. 1:08-cv-4196 (GEL) (KNF)
:
ALLIED WORLD ASSURANCE    :
COMPANY (U.S.), INC. and ARCH  :
INSURANCE COMPANY,            :
:
Defendants.          :
:
:
---------------------------------------------------x

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of September 2008, I caused a copy of Allied World's notice of motion and motion for summary judgment and to modify order, Rule 56.1 statement of undisputed material facts, memorandum of law, and declaration of Robert W. DiUbaldo dated September 4, 2008 to be sent by electronic mail to the following:

Michael Francis Walsh, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue New York, NY 10153
(212) 310-8372
*Attorneys for Plaintiffs Leo R. Breitman, Nathan Gantcher, David V. Harkins, Scott L. Jaekel, Thomas H. Lee, Ronald L. O Kelley, and Scott A. Schoen*

William A. Schreiner, Jr., Esq.

311382

Zuckerman Spaeder LLP
1800 M Street, NW, Suite 1000
Washington, D.C. 20036
(202) 778-1858
*Attorneys for Plaintiff Tone Grant*

Laura L. Neish, Esq.
Zuckerman Spaeder LLP
1540 Broadway, Suite 1604
New York, NY 10036
(212) 704-9600
*Attorneys for Plaintiff Tone Grant*

Helen Kim, Esq.
Katten Muchin Rosenman, LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067
(310) 788-4525
*Attorneys for Plaintiff Dennis Klejna*

John R. Jerome, Esq.
Timothy Hoeffner, Esq.
Saul Ewing, LLP
245 Park Avenue
24th Floor
New York, NY 10167
*Attorneys for Plaintiff Joseph Murphy*

Claire P. Gutekunst, Esq.
Proskauer Rose, LLP
1585 Broadway
New York, NY 10036
(212) 969-3421
*Attorneys for Plaintiff Richard N. Outridge*

Ivan Kline, Esq.
Friedman & Wittenstein, P.C.
600 Lexington Avenue
New York, NY 10022
(212) 750-8700
*Attorneys for Plaintiffs William M. Sexton and Gerald Sherer*

Richard Cashman, Esq.
Heller Ehrman, LLP
Times Square Tower
7 Times Square

311382

2

New York, NY 10036 (212) 847-8796
*Attorneys for Plaintiff Philip Silverman*

John H. Eickemeyer, Esq.
VEDDER PRICE P.C.
1633 Broadway, 47th Floor
New York, New York 10019
(212) 407-7700
*Attorneys for Defendant Arch Insurance Company*

Marc E. Rindner, Esq.
1776 K Street NW
Wiley Rein LLP
Washington, DC 20006
(202) 719-7486
*Attorneys for Defendant Arch Insurance Company*

William Fleming, Esq.
Gage Spencer & Fleming, LLP
410 Park Avenue
New York, NY 10022
(212) 768-4900

_____
Robert W. DiUbaldo

311382                                           3